SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C**.
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| EVANGELINE LLAMAS, <br><br>         Plaintiff, <br><br>     v. <br><br> EQUIFAX, INC.; et. al., <br><br><br>         Defendants. | Case No.: 5:16-CV-02163-BLF <br><br> STIPULATION TO DISMISS DEFENDANT HSBC BANK USA, N.A.; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Evangeline Llamas and defendant HSBC Bank USA, N.A. ("HSBC"), that HSBC be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED: August 16, 2016         Sagaria Law, P.C.

                                By:    /s/ Elliot W. Gale
                                       Elliot W. Gale
                                Attorneys for Plaintiff
                                Evangeline Llamas


DATED: August 16, 2016         Katten Muchin Rosenmann LLP


                                By:    /s/ Paul Grammatico
                                       Paul Grammatico
                                Attorneys for Defendant
                                HSBC Bank USA, National Association


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Paul Grammatico has concurred in this filing.

*/s/ Elliot Gale*

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant HSBC is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.


DATED:_____          _____
                                Beth L. Freeman
                                UNITED STATES DISTRICT JUDGE