SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| EVANGELINE LLAMAS, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX, INC.; et. al., <br><br> Defendants. | Case No.: 5:16-CV-02163-BLF <br><br> STIPULATION TO DISMISS DEFENDANT BANK OF AMERICA, N.A.; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Evangeline Llamas and defendant Bank of America, N.A. ("BANA"), that BANA be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

DATED:  November 30, 2016		Sagaria Law, P.C.

					By:	*/s/ Elliot W. Gale*
						Elliot W. Gale
					Attorneys for Plaintiff
					Evangeline Llamas


DATED:  November 30, 2016		McGuire Woods


					By:	*/s/ Adam Summerfield*
						Adam Summerfield
					Attorneys for Defendant
					Bank of America, National Association


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Adam Summerfield has concurred in this filing.

*/s/ Elliot Gale*


## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant BANA is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.


DATED:_____		_____
					Beth L. Freeman
					UNITED STATES DISTRICT JUDGE


STIPULATION TO DISMISS DEFENDANT BANK OF AMERICA, N.A; PROPOSED ORDER - 2