SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**EVANGELINE LLAMAS,**

                    Plaintiff,

    v.

EXPERIAN INFORMATION
SOLUTIONS, INC; et. al.,

                  Defendants.

Case No.: 5:16-cv-02163-BLF

NOTICE OF SETTLEMENT WITH
DEFENDANT EXPERIAN INFORMATION
SOLUTIONS, INC.

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

      **PLEASE TAKE NOTICE THAT** plaintiff Evangeline Llamas and defendant Experian Information Solutions, Inc. by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The parties believe the settlement will be finalized within 30 days and will request dismissal of this action.

//

//

//

**Sagaria Law, P.C.**

Dated:   April 14, 2017                                    /s/ *Elliot Gale*
                                                          Elliot Gale
                                                          Attorneys for Plaintiff


**Jones Day**

Dated:   April 14, 2017                                    /s/ *Katherine Anne Neben*
                                                          Katherine Anne Neben
                                                          Attorneys for Defendant
                                                          Experian Information Solutions, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Katherine Anne Neben has concurred in this filing.

/s/ *Elliot Gale*