1  Scott J. Sagaria (SBN 217981)
   SJSagaria@sagarialaw.com
2  Elliot W. Gale (SBN 263326)
   EGale@sagarialaw.com
3  Joe Angelo (SBN 268542)
   JAngelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste 100
5  Roseville, CA 95661
   Telephone: (408) 279-2288
6  Facsimile: (408) 297-2299

7  Attorneys for Plaintiff Evangeline Llamas

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINE LLAMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,<br><br>　　　　Defendants. | Case No.: 5:16-cv-02163-BLF<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Evangeline Llamas and defendant Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

| | | |
|---|---|---|
| DATED: June 7, 2017 | **Sagaria Law, P.C.** | |
| | By: | */s/ Elliot Gale* <br> Elliot Gale <br> Attorney for Plaintiff Evangeline Llamas |
| DATED: June 7, 2017 | **Jones Day** | |
| | By: | */s/ Katherine Anne Neben* <br> Katherine Anne Neben <br> Attorney for Defendant Experian Information Solutions, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Katherine Anne Neben has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____

                                                        Hon. Beth Labson Freeman
                                                      UNITED STATES DISTRICT JUDGE