ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 200
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| EVANGELINE LLAMAS, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX, INC.; et. al., <br><br> Defendants. | Case No.: 5:16-CV-02163-BLF <br><br> STIPULATION TO DISMISS DEFENDANT COLUMBUS BANK AND TRUST COMPANY; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Evangeline Llamas and defendant Columbus Bank and Trust Company, that Columbus Bank and Trust Company be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

DATED: December 11, 2018     Sagaria Law, P.C.

By: */s/ Elliot W. Gale*
     Elliot W. Gale
Attorneys for Plaintiff
Evangeline Llamas

DATED: December 11, 2018     Alston and Bird LLP

By: */s/ Michael James Barry*
     Michael James Barry
Attorneys for Defendant
Columbus Bank and Trust Company

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Michael James Barry has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Columbus Bank and Trust Company is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

DATED: _____        _____
     Beth L. Freeman
     UNITED STATES DISTRICT JUDGE